UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-21355-CIV-KING

GLADYS ARREDONDO,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

**FINAL ORDER OF REMAND**

THIS CAUSE comes before the Court upon the October 17, 2008 Report and Recommendation ("R&R") of Magistrate Judge Robert L. Dube (D.E. #19), recommending that the instant action be remanded for the following proceedings: (1) the ALJ to consider the October 2006 opinion of the Plaintiff's treating psychiatrist, Dr. Nelson D. Hernandez, and to indicate what weight is being given to this opinion; (2) the ALJ to formulate a new residual-functional-capacity assessment which incorporates all of the Plaintiff's credible mental limitations; and (3) the ALJ to assess the Plaintiff's ability to return to her past relevant work and to obtain (if necessary) the testimony of a vocational expert. Additionally, Magistrate Judge Robert L. Dube recommended that the Motion for Summary Judgment (D.E. #13) be denied as moot.

After a thorough review of the record, the Court concludes that the R&R contains well-reasoned recommendations.

Accordingly, the Court being otherwise fully advised, it is ORDERED, ADJUDGED,

and DECREED that Magistrate Judge Robert L. Dube's October 17, 2008 R&R (**D.E. #19**) be, and the same is hereby, **AFFIRMED and ADOPTED**. The Motion to Remand (**D.E. #17**) is hereby **GRANTED**. The instant action is hereby remanded for the following proceedings: (1) the ALJ to consider the October 2006 opinion of the Plaintiff's treating psychiatrist, Dr. Nelson D. Hernandez, and to indicate what weight is being given to this opinion; (2) the ALJ to formulate a new residual-functional-capacity assessment which incorporates all of the Plaintiff's credible mental limitations; and (3) the ALJ to assess the Plaintiff's ability to return to her past relevant work and to obtain (if necessary) the testimony of a vocational expert. Furthermore, the Motion for Summary Judgment (**D.E. #13**) is hereby **DENIED as MOOT**. The Clerk shall **CLOSE** this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 17th day of December, 2008.

> JAMES LAWRENCE KING
> U.S. DISTRICT JUDGE
> SOUTHERN DISTRICT OF FLORIDA

cc:   **Magistrate Judge Robert L. Dube**

*Counsel for Plaintiff*

**Rogelio Ramon Oliver**
PO Box 651739

2

Miami , FL 33265-1739

### *Counsel for Defendant*

**Carole M. Fernandez**
United States Attorney's Office
Federal Justice Building
99 NE 4th Street
Miami , FL 33132