UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21355-CIV-KING/DUBÉ

GLADYS ARREDONDO,

      Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before this Court on the Petition for Attorney's Fee filed by the Plaintiff

(D.E. #22) pursuant to an Order of Reference entered by the Honorable James Lawrence King,

United States District Judge. This Court has reviewed the motion, the response by the Government

and the file in this cause.

On December 17, 2008, an Order was entered by Judge King adopting a Report and

Recommendation by this Court and reversing and remanding this cause for further proceedings.

(D.E. #20).

The present motion seeks an award of fees pursuant to the Equal Access to Justice Act. The

motion indicates that 22.5 hours were spent on this case at the rate of $175.00, for a total fee

recovery sought of $3,937.50. Costs in the amount of $48.97 are also being sought by the Plaintiff.

The response by the Government indicates agreement of the parties to an award of attorney's fees

and expenses in the amount of $3,062.50, payable to the Plaintiff.

This Court finds that the agreed-upon amount for attorney's fees and expenses is reasonable

and that the Plaintiff should be awarded the sum of $3,062.50.

Accordingly, based on the foregoing, it is the recommendation of this Court that the Petition for Attorney's Fee (D.E. #22) be **GRANTED** and that the Plaintiff be awarded the sum of **$3,062.50**.

Pursuant to Local Magistrate Rule 4(b), the parties have ten (10) days from service of this Report and Recommendation to serve and file written objections, if any, with the Honorable James Lawrence King, United States District Judge. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained herein. Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); R.T.C. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

**DONE AND ORDERED** this __29__ day of January, 2009.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE