UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-21355-CIV-KING

GLADYS ARREDONDO,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S PETITION FOR ATTORNEY'S FEE

THIS CAUSE comes before the Court upon the January 29, 2009 Report and Recommendation ("R&R") of Magistrate Judge Robert L. Dube (D.E. #24), recommending that the "Petition for Attorney's Fee (D.E. #22) be **GRANTED** and that the Plaintiff be awarded the sum of **$3,062.50**." D.E. #24. The parties have not filed any objections, and the time to do so has passed.

After a thorough review of the record, the undersigned concludes that the R&R contains well-reasoned recommendations.

Accordingly, the Court being otherwise fully advised, it is ORDERED, ADJUDGED, and DECREED that Magistrate Judge Robert L Dube's January 29, 2009 R&R (**D.E. #24**) be, and the same is hereby, **AFFIRMED and ADOPTED**. The Plaintiff's Petition for Attorney's Fee (**D.E. #22**) is hereby **GRANTED**. The Plaintiff is hereby awarded the sum of **$3,062.50**.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 13th day of March, 2009.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **Magistrate Judge Robert L. Dube**

**<u>*Counsel for Plaintiff*</u>**

**Rogelio Ramon Oliver**
PO Box 651739
Miami, FL 33265-1739

**<u>*Counsel for Defendant*</u>**

**Noticing Social Security US Attorney**

**Carole M. Fernandez**
United States Attorney's Office
Federal Justice Building
99 NE 4th Street
Miami, FL 33132